FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA SIMON, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, In his official capacity as San Francisco Sheriff, <br><br> Defendants - Appellants. | Nos. 24-1025 <br>  24-6052 <br><br> D.C. No. 4:22-cv-05541-JST <br> Northern District of California, Oakland <br><br> ORDER |

Before: BYBEE, BEA, and MENDOZA, Circuit Judges.

Judge Bea and Judge Bybee voted to deny the petition for panel rehearing. Judge Mendoza voted to grant the petition for panel rehearing. Judge Bea and Judge Bybee recommended denying the petition for rehearing en banc. Judge Mendoza voted to grant the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition. Fed. R. App. P. 40. The petition for panel rehearing and for rehearing en banc (Dkt. 21 in No. 24-6052) is **DENIED**.